IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS MINE SUBSIDENCE INSURANCE FUND, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No. 09-cv-0104-MJR |
| HERITAGE COAL CO., LLC, ) ) | |
| Defendant. ) | |

## MEMORANDUM and ORDER

REAGAN, District Judge:

Pursuant to the parties' settlement of this matter in its entirety as delineated in Plaintiff's motion (Doc. 15)(to which Defendant has no objection, per attorney William Schmitt on July 28, 2009), and in accord with Federal Rule of Civil Procedure 41(a)(1), the Court hereby DISMISSES this case without prejudice. Each party shall bear its own costs.

IT IS SO ORDERED.

DATED this 28th day of July 2009.

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge